UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NO. 15-cr-40074 |
| | ) | |
| MATTHEW E. KELLY, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW OBJECTION TO COURT'S REVIEW OR CONSIDERATION OF SEALED DOCUMENT FILED BY GOVERNMENT ON AUGUST 10, 2016

NOW COMES Defendant, Matthew E. Kelly, by his attorney, Steve Hanna, and hereby requests permission to withdraw his Objection To Court's Review Or Consideration Of Seal Document Filed By Government On August 10, 2016.

WHEREFORE, Defendant, Matthew E. Kelly, respectfully requests that this Honorable Court permit the withdrawal of the Objection To Court's Review Or Consideration Of Sealed Document Filed By Government On August 10, 2016.

Dated: September 7, 2016        /s/ Steve Hanna_____
Steve Hanna
Attorney for Defendant
1528 6th Avenue
Moline, Illinois 61265
Phone: 309/797-9000
Fax:    309/736-9122

## *PROOF OF SERVICE*

    I hereby certify that on September 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing.

> /s/Steve Hanna
> Attorney at Law
> 1528 6th Avenue
> Moline, Illinois 61265
> Phone: 309/797-9000
> Fax: 309/736-9122